_____

No. 95-3883
_____

Carol Colligan,                         *
                                        *
          Appellant,                    *  Appeal from the United States
                                        *  District Court for the
     v.                                 *  Eastern District of Missouri.
                                        *
Trans World Airlines, Inc.,             *          [UNPUBLISHED]
                                        *
          Appellee.                     *

_____

          Submitted: June 28, 1996

            Filed: July 5, 1996
_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.


     Carol Colligan appeals from the district court's[1] dismissal of her
diversity action for negligence, based on Colorado's statute of
limitations.  After de novo review of the record and the parties' briefs,
we conclude the district court's dismissal was correct.  Accordingly, we
affirm. See 8th Cir. R. 47B.


     A true copy.


     Attest:


          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

     [1]The Honorable Stephen N. Limbaugh, United States District
Judge for the Eastern District of Missouri.